ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
NO. 5:10-cv-00045-TBR

FRED VOLLMERHAUSEN,                                              *Plaintiff*

vs.                            **NOTICE OF SETTLEMENT**

WEST ASSET MANAGEMENT, INC.                                      *Defendant*

\* \* \* \* \* \* \*

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, FRED VOLLMERHAUSEN and Defendant, WEST ASSET MANAGEMENT, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, FRED VOLLMERHAUSEN, against Defendant, WEST ASSET MANAGEMENT, INC. in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: April 16, 2010                             Respectfully Submitted,

**KROHN & MOSS, LTD**
120 W. Madison Street, 10th Floor
Chicago, IL  60602
Telephone; (312) 578-9428
Facsimile: (866) 289-0898

BY:   /s/Lee Cassie Yates
      Attorney for Plaintiff